IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THADDEUS MARK SURRENCY,

    Plaintiff,

v().                                       Case No. 1:21-cv-116-AW-GRJ

ALACHUA COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 13, 2021 Report and Recommendation. ECF No. 10. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.     The Report and Recommendation (ECF No. 10) is adopted and incorporated into this order.

2.     The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed without prejudice for abuse of the judicial process."

3.     The clerk will close the file.

SO ORDERED on October 28, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge